

*James G. Purdy* and *George S. Wing* for appellant.
*Joseph C. Thomson* and *John J. McGinty* for respondents.

Judgments reversed and complaint dismissed, without costs on the ground there is no evidence of defendant's negligence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, THACHER and DYE, JJ. Dissenting: DESMOND and FULD, JJ.

CARL G. WOOSTER, Appellant, *v.* C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Defendant, and NEW YORK STATE GUERNSEY BREEDERS CO-OPERATIVE, INC., Respondent.

Reargued May 26, 1947; decided July 2, 1947.

*Joe Schapiro* and *Rowland L. Davis* for appellant.

*Irving G. Hubbs* and *Merritt A. Switzer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.